**Order entered September 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00235-CR
No. 05-16-00236-CR

**STEVE WAYNE FRAZIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1222406-N**

## ORDER

We **GRANT** appellant's September 15, 2016 motion for an extension of time to file a brief. Appellant shall file a brief by **OCTOBER 27, 2016**.

/s/     ADA BROWN
          JUSTICE